UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF TULARE, et al.,<br><br>          Defendants.<br>_____/ | 1:10-cv-00394-AWI-SMS<br><br>**ORDER VACATING HEARING AND GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**<br>(Doc. 13)<br><br>**ORDER DIRECTING CLERK TO UPDATE DOCKET AND SERVE PRO SE PLAINTIFF HEREWITH**<br><br>**ORDER VACATING SCHEDULING CONFERENCE ORDER**<br>(Doc. 11)<br><br>**ORDER VACATING HEARING AND DENYING MOTION TO EXTEND DISCOVERY CUT-OFF PURSUANT TO STIPULATION OF COUNSEL AS MOOT**<br>(Doc. 14) |

     On February 17, 2011, Attorney William Reiland filed a motion to withdraw as counsel of record for Plaintiff, Josephine Flores (Doc. 13), set for hearing on March 18, 2011 at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, citing an irreconcilable conflict rendering it impossible and/or unreasonably difficult to

1

effectively represent Plaintiff herein, as well as other grounds, the disclosure of which Attorney Reiland requested to reveal to the Court *In Camera*.  On February 25, 2011, the Court issued a minute order (Doc. 15), directing Attorney Reiland to submit a Confidential Declaration to the Court, by either e-mail or U.S. Mail, disclosing the other grounds that exist for his withdrawal, by March 7, 2011.  On March 1, 2011, Attorney Reiland e-mailed a Confidential Supplemental Declaration to the Court, clearly and prominently marked **CONFIDENTIAL - DO NOT FILE - FOR CHAMBERS ONLY** as directed, in support of his motion to be relieved as counsel of record, which has been filed under seal (Doc. 16).  No opposition or non-opposition to the motion to withdraw has been filed pursuant to Local Rule 230(c).

Additionally, on February 23, 2011, Attorney Reiland also filed a motion to extend discovery cut-off pursuant to the stipulation of counsel attached thereto (Doc. 14), to be heard concurrently with the motion to withdraw on March 18, 2011.

This Court has reviewed and considered all documents publicly filed and/or confidentially submitted in support of the motions, and has determined that these matters are suitable for decision without oral argument pursuant to Local Rule 230(g).

Local Rule 182(d) provides, in pertinent part, "Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules."  *See* Cal.R.P.C. 3-700(C)(1)(d) (permitting an attorney to withdraw from representation in a pending matter when the client "renders it unreasonably difficult for the member to carry out employment effectively").

California's rules require the notice of motion and declaration to be served on the client and all other parties who have appeared in the case. CRC 3.1362(d). The declaration of Attorney William Reiland (Doc. 13, Page 5), as well as the proof of service by mail of the motion to withdraw (Doc. 13, Page 8) clearly indicate that Attorney Reiland has served all parties, including his client, by both certified mail - return receipt and regular mail in an abundance of caution, with all required documents filed herefor.

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney William Reiland's Motion to Withdraw as Counsel of Record for Plaintiff, Josephine Flores, is GRANTED (Doc. 13), and the hearing set March 18, 2011 at 9:30 a.m. in Courtroom No. 7 before Judge Snyder is VACATED.

2. The Clerk's Office TERMINATE Attorney Reiland as LEAD ATTORNEY/ATTORNEY TO BE NOTICED for Plaintiff in the court docket, and update the court docket to reflect Pro Se Plaintiff's last known contact information as follows:

> **Josephine Flores**
> **765 Wright Way**
> **Tulare, CA 93274**
> **(559) 687-9721**
> **PRO SE**

3. The Scheduling Conference Order (Doc. 11), and ALL deadline dates set forth therein, is/are VACATED.

4. Attorney William Reiland's Motion to Extend Discovery Cut-Off Pursuant to the Stipulation of Counsel (Doc. 14) attached thereto is DENIED as MOOT, and the hearing set March 18, 2011 at 9:30 a.m. in Courtroom No. 7 before Judge Snyder is VACATED.

//

3

1  5.   Pro Se Plaintiff, Josephine Flores, is GRANTED to and through **April 15, 2011,** to advise this Court, in writing, to be mailed to the Clerk of the Court as follows:

>     Hon. Sandra M. Snyder
>     United States Magistrate Judge
>     UNITED STATES DISTRICT COURT
>     2500 Tulare Street, Suite 1501
>     Fresno, CA 93721

of either her new counsel of record **-OR-** of her desire to proceed with this case In Propria Persona.  See Local Rule 183.

**Pro Se Plaintiff is herein advised that failure to comply with the Local Rules, Federal Rules, or a Court Order, including this Order, will be grounds for dismissal of this action or other appropriate sanctions.  See Local Rule 110; Fed.R.Civ.P. 41(b).**

IT IS SO ORDERED.

**Dated:   March 10, 2011**                         /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

4