UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF TULARE, et al.,<br><br>          Defendants.<br>_____/ | 1:10-cv-00394-AWI-SMS<br><br>**ORDER DEEMING PLAINTIFF'S LETTER** (Doc. 19) **TO BE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** (Doc. 18)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATION** (Doc. 18)<br><br><u>**ORDER SETTING IN-COURT HEARING**</u><br>• **Date: 5/27/11**<br>• **Time: 9:30 a.m.**<br>• **Ctrm: 7**<br><br>**ORDER REQUIRING PLAINTIFF JOSEPHINE FLORES TO PERSONALLY APPEAR ON MAY 27, 2011**<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENSE COUNSEL ONLY ON MAY 27, 2011**<br><br>**ORDER DIRECTING CLERK TO SERVE PLAINTIFF AT ADDRESS OF RECORD** |

   Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, as a result of the Court granting her counsel's motion to withdraw as attorney of record (Doc. 17).

//

1

On April 22, 2011, the Court issued Findings and a Recommendation (Doc. 18) for dismissal of this entire action based on plaintiff's failure to obey the court's order of March 14, 2011, and failure to prosecute, and granted plaintiff ten (10) days within which to file written objections titled "Objections to Magistrate Judge's Findings and Recommendation." On April 29, 2011, plaintiff filed a letter with the court, apologizing for not personally appearing in court on April 15, 2011, and advising of her difficulty in locating a lawyer willing to represent her.

Therefore, the following is hereby ORDERED:

1.  The Findings and Recommendations, filed April 22, 2011, are WITHDRAWN (Doc. 18);

2.  Plaintiff's letter (Doc. 19) is DEEMED to be Objections to Magistrate Judge's Findings and Recommendation (Doc. 18).

3.  This matter is SET for an in-court hearing on May 27, 2011, at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the undersigned Magistrate Judge, to allow plaintiff additional time to attempt to locate new legal counsel.

4.  Plaintiff, Josephine Flores, personally appear at the hearing on May 27, 2011, at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, to either provide this Court with her new counsel's information -OR- advise this Court of her intention to prosecute this action in propria persona.

//

5. Defense counsel is GRANTED permission to appear telephonically at the hearing on May 27, 2011 at 9:30 a.m. by calling chambers directly at (559) 499-5690.

6. That the Clerk serve of copy of this order on plaintiff at her address of record.

**PLAINTIFF IS ADVISED THAT FAILURE TO PERSONALLY APPEAR AND/OR COMPLY WITH THIS ORDER WILL RESULT IN A[NOTHER] RECOMMENDATION TO THE DISTRICT JUDGE THAT THIS ACTION BE DISMISSED**.

IT IS SO ORDERED.

**Dated: May 3, 2011** /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

3