JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff Josephine Flores

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF TULARE; TULARE POLICE DEPARTMENT OFFICERS VALENCIA, MORENO, HAMLIN; DETECTIVES TONY ESPINOZA AND GUZMAN, DOES 1-20,<br><br>  Defendants. | Case No: 1:10-CV-00394-AWI-SMS<br><br>STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION TO AMEND COMPLAINT |

TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the parties, by and through counsel of record, do hereby stipulate and agree that Plaintiff's time within which to file a Motion To Amend should be extended from August 12, 2011 to August 25, 2011.

Dated: August 11, 2011                               /s/ James C. Holland
                                                     James C. Holland, Attorney for Plaintiff


Dated: August 11, 2011                               /s/ Ryan T. Nelson
                                                     Ryan T. Nelson, Attorney for Defendants



IT IS SO ORDERED.

**Dated:   August 15, 2011**                         /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE

1