```
JAMES C. HOLLAND, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff Josephine Flores
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES, | Case No: 1:10-CV-00394-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |
| v. | |
| CITY OF TULARE; TULARE POLICE DEPARTMENT OFFICERS VALENCIA, MORENO, HAMLIN; DETECTIVES TONY ESPINOZA AND GUZMAN, DOES 1-20, | |
| Defendants. | |

To All Interested Persons, Please Take Notice that Whereas Plaintiffs counsel has suffered the loss of a family loved one, the parties hereto, by and through counsel of record, do hereby stipulate and agree that, the existing Scheduling Order (doc.#43) should be modified as follows:

| **Event** | **Prior Date** | **New Date** |
|---|---|---|
| Discovery | 08/14/12 | 10/15/12 |
| Expert Disclosure | 06/18/12 | 08/20/12 |
| Supp. Expert Disclosure | 07/03/12 | 09/04/12 |
| Expert Discovery | 09/20/12 | 11/19/12 |
| Non Dispositive Filing | 09/28/12 | 11/28/12 |

1

```
Dispositive Filing      10/30/12           12/17/12
Settlement Conference   08/21/12           10/22/12
Pre-Trial Conference    02/13/13           04/15/13
Trial                   04/30/13           07/01/13
```

```
Dated: May 8, 2012            /s/ James C. Holland
                              James C. Holland, Attorney for
                              Plaintiff Josephine Flores

                              Nelson Rozier

Dated: May 9, 2012            /s/ Ryan Nelson
                         By:  Ryan Nelson, Attorneys for
                              Defendants City of Tulare; Tulare
                              Police Department Officers
                              Valencia, Moreno, Hamiln;
                              Detectives Tony Espinoza and Guzman
```

## ORDER

The Court having considered the parties' stipulation to modify discovery and trial deadlines finds that good cause exists to continue the scheduling order deadlines to the following dates:

    **1.**   **Non-Expert Discovery Cutoff:**   October 15, 2012

    **2.**   **Expert Disclosures:**   August 20, 2012

    **3.**   **Supp. Expert Disclosures:**   September 4, 2012

    **4.**   **Expert Discovery Cutoff:**   November 19, 2012

    **5.**   **Non-Dispositive Motion Filing:**   November 28, 2012

    **6.**   **Dispositive Motion Filing:**   December 17, 2012

    **7.**   **Settlement Conference:**   October 22, 2012 at 9:30 a.m.

    **8.**   **Pre-Trial Conference:**   April 17, 2013 at 8:30 a.m.

    **9.**   **Jury Trial:**   July 9, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **May 11, 2012**       **/s/ Barbara A. McAuliffe**
                                                            UNITED STATES MAGISTRATE JUDGE