```
1  JAMES C. HOLLAND, 134233
   Attorney at Law
2  134 North Conyer Street
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4
   Attorney for Plaintiff Josephine Flores
5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPHINE FLORES, | ) | Case No: 1:10-CV-00394-AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT OFFICER |
| v. | ) ) | VALENCIA AND DEFENDANT OFFICERS MORENO AND HAMLIN AS TO EIGHTH |
| CITY OF TULARE; TULARE POLICE DEPARTMENT OFFICERS VALENCIA, MORENO, HAMLIN; DETECTIVES TONY ESPINOZA AND GUZMAN, DOES 1-20, | ) ) ) ) ) | COUNT ONLY; ORDER THEREON |
| Defendants. | ) | |

To all interested parties, please take notice that the parties hereto, by counsel of record, do hereby stipulate and agree to Plaintiff Josephine Flores'

///

///

///

///

1

voluntary dismissal, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), of Defendant Officer Valencia from the entire action, and Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) of Defendant Officers Moreno and Hamlin only from the claims of retaliatory arrest, retaliatory warrant execution and retaliatory prosecution under the 1st and 4th Amendments (Plaintiff's Eighth Count).

Dated: April 3, 2013   /s/ James C. Holland
James C. Holland, Attorney for Plaintiff Josephine Flores

Nelson Rozier

Dated: April 5, 2013   /s/ Ryan Nelson
By: Ryan Nelson, Attorneys for Defendants City of Tulare; Tulare Police Department Officers Valencia, Moreno, Hamiln; Detectives Tony Espinoza and Guzman

IT IS SO ORDERED.

Dated:   April 8, 2013

SENIOR DISTRICT JUDGE

2