1  JAMES C. HOLLAND, 134233
   Attorney at Law
2  134 North Conyer Street
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4
   Attorney for Plaintiff Josephine Flores
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JOSEPHINE FLORES,          )  Case No: 1:10-CV-00394-AWI-BAM
                              )
12      Plaintiff,            )  STIPULATION FOR VOLUNTARY
                              )  DISMISSAL OF DEFENDANT OFFICER
13 v.                         )  VALENCIA AND DEFENDANT OFFICERS
                              )  MORENO AND HAMLIN AS TO EIGHTH
14 CITY OF TULARE; TULARE POLICE )  COUNT ONLY; ORDER THEREON
   DEPARTMENT OFFICERS VALENCIA, )
15 MORENO, HAMLIN; DETECTIVES )
   TONY ESPINOZA AND GUZMAN,  )
16 DOES 1-20,                 )
                              )
17           Defendants.      )

18      To all interested parties, please take notice that the

19 parties hereto, by counsel of record, do hereby stipulate and

20 agree to Plaintiff Josephine Flores'

21 ///

22 ///

23

24

25

26

27 ///

28 ///

                              1

voluntary dismissal, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), of Defendant Officer Valencia from the entire action, and Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) of Defendant Officers Moreno and Hamlin only from the claims of retaliatory arrest, retaliatory warrant execution and retaliatory prosecution under the 1st and 4th Amendments (Plaintiff's Eighth Count).

Dated: April 3, 2013          /s/ James C. Holland
                              James C. Holland, Attorney for
                              Plaintiff Josephine Flores

                              Nelson Rozier

Dated: April 5, 2013          /s/ Ryan Nelson
                         By:  Ryan Nelson, Attorneys for
                              Defendants City of Tulare; Tulare
                              Police Department Officers
                              Valencia, Moreno, Hamiln;
                              Detectives Tony Espinoza and Guzman

IT IS SO ORDERED.

Dated:   April 8, 2013                    _____
                                          SENIOR DISTRICT JUDGE

2