IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPHINE FLORES, | ) | 1:10-cv-00394-AWI-BAM |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | PRETRIAL CONFERENCE |
| v. | ) | |
| | ) | |
| CITY OF TULARE; TULARE POLICE DEPARTMENT OFFICERS VALENCIA, MORENO, HAMLIN; DETECTIVES TONY ESPINOZA AND GUZMAN; and DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

The pretrial conference in this matter has been set for Wednesday, April 17, 2013 at 8:30 a.m. in Courtroom 2. Due to conflicts in the Court's calendar, and for good cause, the pretrial conference is hereby CONTINUED to Wednesday, May 8, 2013 at 8:30 a.m. in Courtroom 2. Appearances shall be expected.

IT IS SO ORDERED.

Dated:   April 16, 2013

_____
SENIOR  DISTRICT  JUDGE