**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPHINE FLORES, | ) | 1:10-cv-00394-AWI-BAM |
| Plaintiff, | ) ) ) | ORDER REQUESTING NOTICE OF SETTLEMENT |
| v. | ) ) | |
| CITY OF TULARE; TULARE POLICE DEPARTMENT OFFICERS VALENCIA, MORENO, HAMLIN; DETECTIVES TONY ESPINOZA AND GUZMAN; and DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 3, 2013, plaintiff's counsel informed the Court the parties had reached an agreement in principle to settle the case, but that it would take some time to consummate the settlement. Pursuant to counsel's representation, the Court hereby directs the parties to file, within seven days of entry of this order, a joint stipulation to vacate the existing motion-in-limine hearing and trial dates.

The Court further directs the parties to take all means necessary to consummate the settlement agreement and to file a notice of settlement and joint stipulation for dismissal of the action within sixty days of entry of this order.  In the event the agreement is not consummated by then, the parties shall notify the Court of same and request an extension.

IT IS SO ORDERED.

Dated:   June 4, 2013

SENIOR  DISTRICT  JUDGE