UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF TULARE, *et al*,<br><br>      Defendants. | Case No.: 1:10-cv-00394-AWI-BAM<br><br>**ORDER AFTER SETTLEMENT** |

    The parties have filed a Notice of Settlement indicating that settlement has been reached. (Doc. 55). Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than June 28, 2013, to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **June 7, 2013**             /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE