1  James C. Holland, 134233
   Attorney at Law
2  134 North Conyer Street
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4
   Attorney for Plaintiff Josephine Flores
5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  JOSEPHINE FLORES,                 ) Case No: 1:10-CV-00394-AWI-BAM
                                      )
11        Plaintiff,                  ) STIPULATION AND ORDER
                                      ) EXTENDING TIME FOR
12  v.                                ) CONSUMMATION OF SETTLEMENT
                                      )
13  CITY OF TULARE; et al.,           )
                                      )
14        Defendants.                 )
    _____ )

15        TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the parties, by and through

16  counsel of record, do hereby stipulate and agree that, in view of the fact that information necessary to

17  the settlement was requested of the California Department of Justice ("DOJ") on or about May 30,

18  2013, but as of this date, no response has been received from the DOJ, the time within which

19  consummation of the settlement should be completed, should be extended.

20  Dated: Sept. 5, 2013                    /s/ James C. Holland
                                            James C. Holland, Attorney for Plaintiff
21

22  Dated: Sept. 4, 2013                    /s/ Ryan T. Nelson
                                            Ryan T. Nelson, Attorney for Defendants
23

24  It is so ordered.  The time within which settlement shall be consummated is extended to
    October 15, 2013.
25
    IT IS SO ORDERED.
26

27  Dated:    September 5, 2013          _____
                                            SENIOR DISTRICT JUDGE
28

                                        1