James C. Holland, 134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff Josephine Flores

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TULARE; et al., <br><br> Defendants. | Case No: 1:10-CV-00394-AWI-BAM <br><br> STIPULATION AND ORDER EXTENDING TIME FOR CONSUMMATION OF SETTLEMENT |

TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the parties, by and through counsel of record, do hereby stipulate and agree that, in view of the fact that information necessary to the settlement was requested of the California Department of Justice ("DOJ") on or about May 30, 2013, but as of this date, no response has been received from the DOJ, the time within which consummation of the settlement should be completed, should be extended.

Dated: Sept. 5, 2013             /s/ James C. Holland
                                 James C. Holland, Attorney for Plaintiff

Dated: Sept. 4, 2013             /s/ Ryan T. Nelson
                                 Ryan T. Nelson, Attorney for Defendants

It is so ordered. The time within which settlement shall be consummated is extended to October 15, 2013.

IT IS SO ORDERED.

Dated:   September 5, 2013

SENIOR DISTRICT JUDGE

1