# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FLORES, | 1:10-cv-00394-AWI-BAM |
| Plaintiff, | **ORDER EXTENDING TIME TO CONSUMMATE SETTLEMENT** |
| v. | (Doc. 61) |
| CITY OF TULARE et al., | |
| Defendants. | |
| _____/ | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 5, 2013, plaintiff Josephine Flores ("Plaintiff") filed a notice of settlement. By order dated June 7, 2013, the Magistrate Judge entered an order instructing the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than June 28, 2013.

On June 27, 2013, Plaintiff filed a status report requesting additional time to finalize the settlement and to submit documents to the Court for case closure. By minute order dated July 1, 2013, the Court granted the parties an additional sixty days to finalize the settlement.

1

On September 5, 2013, the parties filed a joint stipulation requesting additional time to consummate the settlement. By order dated September 5, 2013, the Court extended the time to consummate the settlement to October 15, 2013.

On November 1, 2013, the parties filed a joint stipulation for order further extending the time to consummate the settlement. Pursuant to the stipulation and for good cause shown, the Court shall grant one final extension to consummate the settlement. Accordingly, the time within which settlement shall be consummated and appropriate papers to dismiss or conclude this action shall be filed is hereby extended to within thirty days of entry of this order.

If the parties fail to comply with this order, the Court shall forthwith issue an order to show cause why the parties should not be jointly sanctioned for failure to consummate the settlement agreement. The Court shall further vacate the notice of settlement, restore the case to its active trial docket, and refer the case to the Magistrate Judge for a trial-setting conference.

IT IS SO ORDERED.

Dated:   November 1, 2013                    _____
                                              SENIOR  DISTRICT  JUDGE